IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>K&E ENTERPRISES, INC., and KENNETH KESTERSON, III,<br><br>Defendants. | CV-25-20-BU-JTJ<br><br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that this action is dismissed, with prejudice, and with each party to bear its own costs and attorney fees.

Dated this 18th day of July, 2025.

_____
John Johnston
United States Magistrate Judge